IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SOCIETE POUR L'OEUVRE ET LA MEMOIRE D'ANTOINE DE SAINT EXUPERY - SUCCESSION DE SAINT EXUPERY-D'AGAY, <br><br> Plaintiffs, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 24-cv-8872 <br><br> Judge Elaine E. Bucklo |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff SOCIETE POUR L'OEUVRE ET LA MEMOIRE D'ANTOINE DE SAINT EXUPERY – SUCCESSION DE SAINT EXUPERY-D'AGAY hereby dismisses with prejudice all causes of action in the complaint as to the Defendants identified below and in Schedule A. No motions are pending relative to these Defendants. Each party shall bear its own attorney's fees and costs.

| No. | Defendant |
|---|---|
| 114 | Pokemons's Trend clothes Store |
| 237 | XioMara Official Store |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: November 26, 2024      By:   s/ Michael A. Hierl
　　　　　　　　　　　　　　　　　　Michael A. Hierl (Bar No. 3128021)
　　　　　　　　　　　　　　　　　　William B. Kalbac (Bar No. 6301771)
　　　　　　　　　　　　　　　　　　Robert P. McMurray (Bar No. 6324332)
　　　　　　　　　　　　　　　　　　John Wilson (Bar No. 6341294)
　　　　　　　　　　　　　　　　　　Hughes Socol Piers Resnick & Dym, Ltd.
　　　　　　　　　　　　　　　　　　Three First National Plaza
　　　　　　　　　　　　　　　　　　70 W. Madison Street, Suite 4000
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　(312) 580-0100 Telephone
　　　　　　　　　　　　　　　　　　mhierl@hsplegal.com

　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　SOCIETE POUR L'OEUVRE ET LA MEMOIRE
　　　　　　　　　　　　　　　　　　D'ANTOINE DE SAINT EXUPERY – SUCCESSION
　　　　　　　　　　　　　　　　　　DE SAINT EXUPERY-D'AGAY

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on November 26, 2024.

                                                      s/Michael A. Hierl