IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SOCIETE POUR L'OEUVRE ET LA MEMOIRE D'ANTOINE DE SAINT EXUPERY - SUCCESSION DE SAINT EXUPERY-D'AGAY , <br><br>　　　　Plaintiff, <br><br>v. <br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON AMENDED SCHEDULE A HERETO, <br><br>　　　　Defendants. | Case No. 24-cv-8872 <br><br> Judge Elaine E. Bucklo |

**FINAL JUDGMENT ORDER**

　　　　This action having been commenced by SOCIETE POUR L'OEUVRE ET LA MEMOIRE D'ANTOINE DE SAINT EXUPERY - SUCCESSION DE SAINT EXUPERY-D'AGAY (hereinafter "Plaintiff") against the defendants identified in the attached Amended Schedule A and using the Defendant Online Marketplace Accounts (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified in Amended Schedule A attached hereto (collectively, the "Defaulting Defendants");

　　　　This Court having entered upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting

Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products bearing counterfeit versions of Plaintiff's trademarks which are protected by U.S. Trademark Registration Nos. 2,695,996 and 5,751,737 for the "LE PETIT PRINCE" word mark in classes 2, 3, 8, 9, 11, 12, 14, 16, 18, 20, 21, 24, 25, 26, 27, 28, 30, 31, 32 and 41; No. 5,706,587 for "THE LITTLE PRINCE" word mark in classes 2, 3, 8, 9, 11, 12, 14, 16, 18, 20, 21, 24, 25, 26, 27, 28, 30, 32 and 41; No. 5,706,588 for "THE LITTLE PRINCE" design mark in classes 2, 3, 8, 9, 11, 12, 14, 16, 18, 20, 21, 24, 25, 26, 27, 28, 30, 31, 32 and 41; and No. 5,706,589 for "THE LITTLE PRINCE" design mark in classes 2, 3, 8, 9, 11, 12, 14, 16, 18, 20, 21, 24, 25, 26, 27, 28, 30, 31, 32 and 41 (collectively, "THE LITTLE PRINCE Trademarks").

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using Plaintiff's Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any products that are not genuine Plaintiff's Products or are not authorized by Plaintiff to be sold in connection with Plaintiff's Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any products as genuine Plaintiff's Products or any other products produced by Plaintiff, that are not Plaintiff's or are not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under Plaintiff's Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d. further infringing Plaintiff's Trademarks and damaging Plaintiff's goodwill;

    e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered

        for sale, and which bear any of Plaintiff's Trademarks or any reproductions, counterfeit copies or colorable imitations thereof; and

    f. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell Counterfeit/Infringing Products.

2. Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as iOffer, AliExpress and Alipay, social media platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, web hosts for the Defendant Online Marketplace Accounts, and domain name registrars, shall within five (5) business days of receipt of this Order:

   a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using Plaintiff's Trademarks, including any accounts associated with the Defaulting Defendants listed in Amended Schedule A attached hereto; and

   b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using Plaintiff's Trademarks.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one-hundred thousand dollars ($100,000) for willful use of counterfeit Plaintiff's Trademarks on products sold through at least the Defendant Internet Stores.

4. AliExpress and Alipay shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants,

Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Amended Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

5. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by AliExpress and Alipay, are hereby released to Plaintiff as partial payment of the above-identified damages, and AliExpress and Alipay are ordered to release to Plaintiff the amounts from Defaulting Defendants' AliExpress and Alipay accounts within ten (10) business days of receipt of this Order.

6. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiffs shall have the ongoing authority to serve this Order on AliExpress and Alipay in the event that any new AliExpress and Alipay accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, AliExpress and Alipay shall within five (5) business days:

    a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any AliExpress and Alipay accounts;

    b. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. Release all monies restrained in Defaulting Defendants' AliExpress and Alipay accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial

Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within five (5) business days:

a. Locate all accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites;

b. Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

8. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibit 2 to the Declaration of Olivier d'Agay and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to counsel of record for Plaintiff, Michael A. Hierl of Hughes Socol Piers Resnick & Dym, Ltd. at Three First National Plaza, 70 W. Madison Street, Suite 4000, Chicago, IL 60602.

10. This is a Final Judgment.

Dated: December 26, 2024

_____
The Honorable Elaine E. Bucklo
United States District Judge

**AMENDED SCHEDULE A**

| No. | Defendant Name / Alias |
|---|---|
| 1 | A Family With A Beautiful Life Store |
| 2 | AHDECOR Art Store |
| 3 | BIMOTA Store |
| 4 | Boutique Home Textile Products Shop Store |
| 5 | DHRM Store |
| 6 | Jinboli Optimal Selection Store |
| 7 | Leann Art Store |
| 8 | MaBaBa Store |
| 9 | Meizhuang UP Store |
| 10 | PreciousAcc Store |
| 11 | Premium Goods Store |
| 12 | Shop1103509247 Store |
| 13 | Shop1103632352 Store |
| 14 | Shop1103727226 Store |
| 15 | Shop1103945080 Store |
| 16 | Skyfragrant Store |
| 17 | Trendy Canvas Painting Store |
| 18 | Velishy Official Store |
| 19 | World First A ONE Store |
| 20 | XBorder 3C Store |
| 21 | 01 Store |
| 22 | 1998 Art Store |
| 23 | 285 FAFA Case Store |
| 24 | 3833L Store |
| 25 | 52YOU Gift Store |
| 26 | A different life Store |
| 27 | AIJ Store |
| 28 | AliCarl Serise Store |
| 29 | ALIEX PREESS A014 Store |
| 30 | AliEx Preess Z035 Store |
| 31 | AliPaint Store |
| 32 | Angelwing accessories Store |
| 33 | Animation Home Store |
| 34 | Anime phone case Store Store |
| 35 | Anime Style 53 Store |
| 36 | Aphra Sticker Manufacturer Store |

| | |
|---|---|
| 37 | Assier Store |
| 38 | Babaite Top MousePad 314 Store |
| 39 | BBTHBDNBY CS Game 374 Store |
| 40 | Beautiful Decorative Painting Store |
| 41 | BestCute Store |
| 42 | Bighomeshop Store |
| 43 | British Style Store |
| 44 | Bunny Wonderland Store |
| 45 | Buy You Buy Me Store |
| 46 | Camellia Bloom Store |
| 47 | Cartoon Anime Badge Store |
| 48 | CBAD Store |
| 49 | Cerakorie Store |
| 50 | CHAMPRINT Tapestry Store |
| 51 | cheap and affordable Store |
| 52 | CLWANLUO Store |
| 53 | Colour Pride Pins Store |
| 54 | Cosfans Lover Store |
| 55 | Cosplay Jewelry Store |
| 56 | CosztkhpNew Store |
| 57 | CSMY GAME MOUSEPAD Store |
| 58 | Customized Cups For Animated Celebrities Store |
| 59 | CY 925 Silver Jewelry Store |
| 60 | Day Day Up N.15 Store |
| 61 | DingDing 3C Store |
| 62 | Disney 93 case Store |
| 63 | Diyhomever Diamond Art Painting Store |
| 64 | DuePlay AB and 50-Colors Diamond Painting Store |
| 65 | Duos Store |
| 66 | EFB TEE Store Store |
| 67 | Elitesun Store |
| 68 | Faith No20 Case Store |
| 69 | Fantasy Clothes Store |
| 70 | Fashion Canvas Painting Store |
| 71 | Fashion Girl Clothing Store |
| 72 | Fat Girl Diamond Painting Store |
| 73 | Fighting No09 Store |
| 74 | Flying Life Store |

| | |
|---|---|
| 75 | Fora Shop Store |
| 76 | GL-Print Store |
| 78 | GoShop 3C Store |
| 79 | GQ Art Decoration Store |
| 80 | HANYUU Store |
| 81 | Hawkman Store |
| 82 | Home-Painting Store |
| 83 | Homelike Decor Store |
| 84 | Hoodies Factory Store |
| 85 | HUAN 88 Store |
| 86 | HZ001 Store |
| 87 | J-Y DIY Pin Jewelry Store |
| 88 | JewelleryFashionable Store |
| 89 | JIALY JEWELRY Store |
| 90 | Keconutbear Official Store |
| 91 | KS-2 Store |
| 92 | Lacey Store |
| 93 | Lcomma Store |
| 94 | Le Serein Art store Store |
| 95 | LIIEESHINY Official Store |
| 96 | lili baby house Store |
| 97 | Lovely-Toys |
| 98 | Magicspace Store |
| 99 | Marvelphonecase Store |
| 100 | Megabyte Store |
| 101 | Mengtai Official Store |
| 103 | Mingyue Tonight Store |
| 104 | More Better Poster Store |
| 105 | Mr Sir Store |
| 106 | mvensh Official Store |
| 107 | NESArt Painting Store |
| 108 | Ninebot Store |
| 110 | Olelon Store |
| 111 | Package And Bag Store |
| 112 | panbo123321 Store |
| 113 | PC YZXL 520 Jewelry Store |
| 115 | POP-UP 198 Store |
| 116 | Powerful Second Choice Store Store |

| | |
|---|---|
| 117 | Pylestyle Art Printing Store |
| 118 | QIAO Glass Beads Beading Store |
| 119 | QiLin1 Store |
| 120 | Racel's little Store |
| 121 | Rainbow BAG Store |
| 122 | Remazy Official Store |
| 123 | Royal Threads Store |
| 124 | Sanrio Pokémon Anime Stickers Store |
| 125 | Save the future you Store |
| 126 | SHAYU06 Store |
| 127 | shmik Beautiful Store |
| 128 | Shop1100008046 Store |
| 129 | Shop1100345164 Store |
| 130 | Shop1102055635 Store |
| 131 | Shop1102237052 Store |
| 132 | Shop1102278550 Store |
| 133 | Shop1102314007 Store |
| 134 | Shop1102346176 Store |
| 135 | Shop1102364093 Store |
| 136 | Shop1102373654 Store |
| 137 | Shop1102437298 Store |
| 138 | Shop1102469203 Store |
| 139 | Shop1102486260 Store |
| 140 | Shop1102494176 Store |
| 141 | Shop1102605121 Store |
| 142 | Shop1102628362 Store |
| 143 | Shop1102673091 Store |
| 144 | Shop1102676985 Store |
| 145 | Shop1102694814 Store |
| 146 | Shop1102699268 Store |
| 147 | Shop1102743217 Store |
| 148 | Shop1102985106 Store |
| 149 | Shop1102999637 Store |
| 150 | Shop1103044595 Store |
| 151 | Shop1103045152 Store |
| 152 | Shop1103184565 Store |
| 153 | Shop1103185337 Store |
| 154 | Shop1103249029 Store |

| | |
|---|---|
| 155 | Shop1103289282 Store |
| 156 | Shop1103422036 Store |
| 157 | Shop1103439474 Store |
| 158 | Shop1103508394 Store |
| 159 | Shop1103578552 Store |
| 160 | Shop1103579738 Store |
| 161 | Shop1103591203 Store |
| 162 | Shop1103592898 Store |
| 163 | Shop1103605081 Store |
| 164 | Shop1103612946 Store |
| 165 | Shop1103618157 Store |
| 166 | Shop1103705493 Store |
| 167 | Shop1103719476 Store |
| 168 | Shop1103725260 Store |
| 169 | Shop1103732885 Store |
| 170 | Shop1103749479 Store |
| 171 | Shop1103768184 Store |
| 172 | Shop1103776088 Store |
| 173 | Shop1103803211 Store |
| 174 | Shop1103811258 Store |
| 175 | Shop1103815007 Store |
| 176 | Shop1103845651 Store |
| 177 | Shop1103846820 Store |
| 178 | Shop1103851081 Store |
| 179 | Shop1103854661 Store |
| 180 | Shop1103856080 Store |
| 181 | Shop1103877768 Store |
| 182 | Shop1103883123 Store |
| 183 | Shop1103931004 Store |
| 184 | Shop1103937315 Store |
| 185 | Shop1103939457 Store |
| 186 | Shop1103945346 Store |
| 187 | Shop1103984054 Store |
| 188 | Shop1103998302 Store |
| 189 | Shop1104003020 Store |
| 190 | Shop1104007512 Store |
| 191 | Shop1104037538 Store |
| 192 | Shop3645007 Store |

| | |
|---|---|
| 193 | Shop4479059 Store |
| 194 | Shop4640161 Store |
| 195 | Shop4916040 Store |
| 196 | Shop5031072 Store |
| 197 | Shop5572028 Store |
| 198 | Shop5666006 Store |
| 199 | Shop900235031 Store |
| 200 | Shop900235122 Store |
| 201 | Shop910321241 Store |
| 202 | Shop910734088 Store |
| 203 | Shop910934017 Store |
| 204 | Shop911117310 Store |
| 205 | Shop911230136 Store |
| 206 | ShopR1202XWTX Store |
| 207 | Short Sleeve Boutique Shop Store |
| 208 | SimplePhoneCase Store |
| 209 | Small Fish Er Stationery Store |
| 210 | So Beautiful Dora Store |
| 211 | Space Art Store |
| 212 | Spire Crystal Diamond Painting Store |
| 213 | Sunny Diamond Painting Store |
| 214 | Super Premium Products Store |
| 215 | SuperHero Movie Jewellery Store |
| 216 | Syntecso Funny Store |
| 217 | TAINICE Store |
| 218 | TAKANE Store |
| 219 | The Sunlight Store |
| 220 | TOBFATION X Store |
| 221 | Trendy Mobile Phone Case 106 Store |
| 222 | TWT Store |
| 223 | UNICOE Store |
| 224 | UNICOE Store |
| 225 | UYOUNI Store |
| 226 | Vigorous Store |
| 227 | Wedo Life Store |
| 228 | Western style Store |
| 229 | WGCNMINT QS Jewelrys Store |
| 230 | Winter wall art Store |

| | |
|---|---|
| 231 | WishShape TeeZone Store |
| 232 | WishShape WTee Store |
| 233 | Wolkerfly 3C Store |
| 234 | WOLKERFLY Store |
| 235 | Wonderful Life S Store |
| 236 | ww+ Store |
| 238 | XIUXIUN S Store |
| 239 | Yang Yang Accessories Store |
| 240 | YanTin Factory Store |
| 241 | yglcj Official Store |
| 242 | YMM High Grade Cotton Clothing Store |
| 243 | Yoopi Store |
| 244 | YY 113 Store |
| 245 | yyy655 Store |
| 246 | Z&X Kuson Store |
| 247 | Zdying Jewelry Store |
| 248 | Zenobia Decor Painting Store |
| 249 | ZEXIAO Store |
| 250 | ZHIZHI-60 Store |